# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## DOCKETING STATEMENT

### No. 16-1567

**UNITED STATES OF AMERICA,**
Appellant

v.

**ALEX LEVIN,**
Defendant-Appellee

**Type of Action**
- ☐ Civil
- ☒ Criminal/Prisoner
- ☐ Cross Appeal

**A.   Timeliness of Appeal**

1. Date of entry of judgment or order appealed from:
   - April 20, 2016 *Memorandum and Order* (docket entry 69)
   - May 5, 2016 *Amended Memorandum and Order* (docket entry 82)
   - May 17, 2016 denial of government's motion for reconsideration (docket entry 88)

2. Date this notice of appeal filed: May 17, 2016 (docket entry 89)

3. Filing date of any post-judgment motion filed by any party which tolls time under FRAP 4(a)(4) and 4(b):

4. Date of entry of order deciding above post-judgment motion:

5. Filing date of any motion to extend time under FRAP 4(a)(5), 4(a)(6), or 4(b):

B. **Finality of Order of Judgment**

1. Is the order or judgment appealed from a final decision on the merits?
   - ☒ Yes
   - ☐ No

2. If no,

   a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?
      - ☐ Yes
      - ☐ No
      
      If yes, explain:

   b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?
      - ☐ Yes
      - ☐ No
      
      If yes, explain:

3. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to FRCP 54(b)?
   - ☐ Yes
   - ☐ No
   
   If yes, explain:

C. Has this case previously been appealed?
   - ☐ Yes
   - ☒ No

D. Are any related cases or cases raising related issues pending in this Court, any district court of this circuit, or the Supreme Court?
   - ☐ Yes
   - ☒ No

If yes, cite the case and the manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below?
☒ Yes
☐ No

Is a transcript necessary for this appeal?
☒ Yes
☐ No

If yes, is transcript already on file with district court?
☒ Yes
☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party: Alex Levin
   Attorney: J.W. Carney, Jr., Esq.
   Address: 20 Park Plaza, Suite 1005
   Boston, MA 02116
   Telephone: 617-933-0350

G. List name(s) and address(es) of appellants who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name: United States of America
   Attorney's name: Assistant U.S. Attorney Jordi de Llano
   Firm: Office of the United States Attorney for the District of Massachusetts
   Address: Suite 9200, One Courthouse Way, Boston, Massachusetts 02110
   Telephone: (617) 748-3178

Will you be handling the appeal?  (In criminal cases, counsel below will handle the appeal unless relieved by the court).

☒ Yes
☐ No

*** 

FRCP 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the Court of Appeals a statement naming each party represented on appeal by that attorney. First Circuit Rule 12 requires that statement in the form of an appearance.

A copy of this Docketing Statement must be served on all other parties to the appeal.

In civil cases, a copy of this Docketing Statement must also be served on First Circuit Settlement Counsel, Civil Appeals Management Program, One Courthouse Way, Suite 3440, Boston, MA 02210 and all other parties to the appeal.

***

**Signature**   /s/ *Kelly Begg Lawrence*

**Date:**   June 3, 2016

## CERTIFICATE OF SERVICE

    I, Kelly Begg Lawrence, Assistant U.S. Attorney, hereby certify that on June 3, 2016, I electronically served a copy of the foregoing document on the following registered participant of the CM/ECF system:

J.W. Carney, Jr., Esq.
Carney & Bassil
20 Park Plaza, Suite 1005
Boston, MA 02116

                                         /s/ *Kelly Begg Lawrence*
                                         KELLY BEGG LAWRENCE
                                         Assistant U.S. Attorney