# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name: **United States v. Alex Levin**
District Court Case No.: **15-cr-10271-WGY**           District of Massachusetts
Date Notice of Appeal filed: **May 17, 2016**          Court of Appeals Case No.: **16-1567**
Form filed on behalf of: **United States of America**

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal (please check if transcript is not necessary):
Transcript Already Filed in District Court.   List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary): **Motion Hearing (docket entry 62, held on March 25, 2016); (docket entries 72 and 73 reflect filing of transcript on April 26, 2016)**

## TRANSCRIPT ORDER

Name of Court Reporter:
Phone Number of Reporter:

A.      [ ]     This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | | HEARING DATE(S) |
|---|---|---|
| [ ] | Jury Voir dire | Date(s): |
| [ ] | Opening Statement (plaintiff) | Date(s): |
| [ ] | Opening Statement (defendant) | Date(s): |
| [ ] | Trial | Date(s): |
| [ ] | Closing Argument (plaintiff) | Date(s): |
| [ ] | Closing Argument (defendant) | Date(s): |
| [ ] | Findings of Fact/Conclusions of Law | Date(s): |
| [ ] | Jury Instructions | Date(s): |
| [ ] | Change of Plea | Date(s): |
| [ ] | Sentencing | Date(s): |
| [ ] | Bail hearing | Date(s): |
| [ ] | Pretrial proceedings (specify): | Date(s): |
| [ ] | Testimony (specify ) : | Date(s): |
| [ ] | Other (specify): | Date(s): |

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.      [ ]     I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

  [ ]   Private funds.
  [ ]   Government expense (civil case).   IFP has been granted and a motion for transcript at government expense has been allowed.   (Attach a copy of the order to each copy of this order form.)
  [ ]   Criminal Justice Act.   A CJA Form 24   has been approved by the <u>district court</u> judge.
  [ ]   Criminal Justice Act.   A CJA Form 24 is attached for authorization by the court of appeals.
  [ ]   Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name: **Kelly Begg Lawrence**                   Filer's Signature: **/s/ Kelly Begg Lawrence**

Firm/Address: **United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210**

Telephone number: **617-748-3162**                     Date mailed to court reporter:

(Court Reporter Use ONLY) Date received   _____

Form CA1-10 (6/12/06)

**CERTIFICATE OF SERVICE**

I, Kelly Begg Lawrence, Assistant U.S. Attorney, hereby certify that on June 3, 2016, I electronically served a copy of the foregoing document on the following registered participant of the CM/ECF system:

J.W. Carney, Jr., Esq.
Carney & Bassil
20 Park Plaza, Suite 1005
Boston, MA 02116

/s/ *Kelly Begg Lawrence*
KELLY BEGG LAWRENCE
Assistant U.S. Attorney