# United States Court of Appeals
## For the First Circuit

No. 16-1567

UNITED STATES

Appellant

v.

ALEX LEVIN

Defendant - Appellee

**NOTICE**

Issued: June 13, 2016

Our records indicate that the attorneys listed below have not registered for an appellate ECF account in this court. Any attorney who intends to file documents in this case must register immediately with PACER for an appellate ECF Filer account. An attorney who does not intend to file documents but wishes to receive immediate notice of docket activity in this case can select the option "other (not a public filer)" when they register. For more details regarding registration, please go to our website, www.ca1.uscourts.gov, and select "CM/ECF (Electronic Filing)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form may be found on our on our website, www.ca1.uscourts.gov, located under "Forms & Instructions." Please note that an attorney who represented a defendant in a criminal case and wishes to withdraw on appeal must file a motion to withdraw in accordance with the procedures outlined in 1st Cir. R. 46.6. See 1st Cir. R. 12.0(b) and 46.6(a) ("[a]n attorney who has represented a defendant in a criminal case in the district court will be responsible for representing the defendant on appeal,...until the attorney is relieved of such duty by the court of appeals.") (emphasis added).

**After June 27, 2016, the clerk's office will no longer send notice of court-issued documents to the following attorneys unless they register for an appellate ECF account.**

Samir Zaganjori

Margaret Carter, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Kaitlin Copson - (617) 748-9066


cc:
J. W. Carney Jr.
Dina Michael Chaitowitz
Nathaniel Dolcort-Silver
Kelly Begg Lawrence
David Gerard Tobin
Samir Zaganjori
Jordi de Llano Campos