# United States Court of Appeals
## For the First Circuit

No. 16-1567

_____

UNITED STATES

Appellant

v.

ALEX LEVIN

Defendant - Appellee

_____

**DEFENDANT'S MOTION TO TRANSFER LIMITED JURISDICTION OF CASE TO DISTRICT COURT FOR PURPOSE OF MOTION TO REVISE BAIL CONDITIONS**

     The defendant, Alex Levin, moves to transfer limited jurisdiction of this case back to the District Court for the sole purpose of filing a motion to revise his bail conditions in that Court. As grounds therefore, the defendant states the following:

     1.   The defendant was charged with one count of possession of child pornography under 18 U.S.C. § 2252A(a)(5)(B). The District Court (Young, D.J.) allowed the Defendant's Motion To Suppress Evidence on April 20, 2016.

     2.   The prosecution filed a Notice of Appeal. (Dkt. 89). Jurisdiction of the case was transferred to the First Circuit Court of Appeals.

     3.   A detention hearing was held before Magistrate Judge Marianne B. Bowler on April 26, 2016. (Dkt. 76). The defendant

appealed one of the ordered conditions to the District Court on May 10, 2016 (Dkt. 83). The District Court allowed this appeal on May 12, 2016 (Young, D.J.) (Dkt. 85).

4. The defendant intends to move that Judge Young again revise his conditions of release, and moves that this Court transfer limited jurisdiction of this issue back to the District Court for this reason.

WHEREFORE, the defendant moves to transfer limited jurisdiction of this case back to the District Court for the sole purpose of filing a motion to revise his bail conditions in that Court.

                                      ALEX LEVIN
                                      By His Attorneys,

                                      CARNEY & ASSOCIATES

                                      */s/ J. W. Carney, Jr.*
                                      J. W. Carney, Jr.
                                      B.B.O. # 074760

                                      Carney & Associates
                                      20 Park Plaza, Suite 1405
                                      Boston, MA 02116
                                      617-933-0350
                                      jcarney@CARNEYdefense.com

July 6, 2016

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*/s/ J. W. Carney, Jr.*

J. W. Carney, Jr.

# United States Court of Appeals
## For the First Circuit

No. 16-1567

_____

UNITED STATES

Appellant

v.

ALEX LEVIN

Defendant - Appellee

_____

**AFFIDAVIT SUPPORTING**
**DEFENDANT'S MOTION TO TRANSFER LIMITED JURISDICTION OF CASE TO**
**DISTRICT COURT FOR PURPOSE OF MOTION TO REVISE BAIL CONDITIONS**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

July 6, 2016