# United States Court of Appeals
## For the First Circuit

No. 16-1567

UNITED STATES

Appellant

v.

ALEX LEVIN

Defendant - Appellee

**ORDER OF COURT**

Entered: July 11, 2016
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant United States to file a brief and appendix be enlarged to and including **August 26, 2016**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
J. W. Carney Jr.
Dina Michael Chaitowitz
Nathaniel Dolcort-Silver
Kelly Begg Lawrence
David Gerard Tobin
Samir Zaganjori
Jordi de Llano Campos