# United States Court of Appeals
## For the First Circuit

No. 16-1567

UNITED STATES,

Appellant,

v.

ALEX LEVIN,

Defendant, Appellee.

---

Before

Thompson, Kayatta and Barron,
<u>Circuit Judges</u>.

---

**ORDER OF COURT**

Entered: August 24, 2016

      To the extent that any transfer of jurisdiction is necessary, the defendant's motion to transfer limited jurisdiction of the case to the district court for the sole purpose of filing and adjudicating a motion to revise his bail conditions in that court is <u>allowed</u>.  We express no opinion as to whether the bail conditions should be modified.

                                     By the Court:

                                     <u>/s/ Margaret Carter, Clerk</u>

cc:
Honorable William G. Young
Robert Farrell, Clerk of Court
J. W. Carney Jr.
Samir Zaganjori
Nathaniel Dolcort-Silver
Kelly Begg Lawrence
David Gerard Tobin
Dina Michael Chaitowitz
Jordi de Llano Campos