UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | No. 16-1567 |
| ALEX LEVIN | ) ) ) | |

### DEFENDANT'S MOTION TO PERMIT COUNSEL TO WITHDRAW

Samir Zaganjori, undersigned counsel for the defendant, hereby moves to withdraw as counsel in this matter. As grounds therefore, counsel states the following:

1. The law firm of J. W. Carney, Jr. & Associates was retained to represent the defendant in the District Court (see *United States v. Alex Levin*, 15-cr-10271-WGY). Attorney Zaganjori filed an appearance in that matter along with co-counsel, J. W. Carney, Jr. and Nathaniel Dolcort-Silver.

2. On May 17, 2016, the United States filed a notice of appeal of the District Judge's allowance of the defendant's motion to suppress evidence. The appeal was docketed in this Court on May 20, 2016. The Appellant's brief is due on September 26, 2016.

3. As of September 1, 2016, Attorney Zaganjori is no longer employed at the firm. Attorney Zaganjori has given written notice of his departure from the firm to the defendant and has provided him with a copy of this motion by US Mail.

4. Attorney Carney and Attorney Dolcort-Silver will remain as counsel of record in this case.

5. Permitting Attorney Zaganjori to withdraw in this matter will not cause any material adverse effect on the interests of the defendant.

Counsel for Alex Levin,

/s/ Samir Zaganjori

Samir Zaganjori
B.B.O. # 663917

Zaganjori Law Office
42 Pleasant Street
Woburn, MA 01801
(781) 496-2848

Dated: September 7, 2016

```
                    UNITED STATES COURT OF APPEALS
                         FOR THE FIRST CIRCUIT
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | No. 16-1567 |
| ALEX LEVIN | ) ) ) | |

**AFFIDAVIT SUPPORTING MOTION TO WITHDRAW**

I, Samir Zaganjori, state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

/s/ *Samir Zaganjori*
Samir Zaganjori

Dated: September 7, 2016

```
                  UNITED STATES COURT OF APPEALS
                       FOR THE FIRST CIRCUIT
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                         )   No. 16-1567<br>)<br>ALEX LEVIN                    )<br>)   |  |

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

/s/ Samir Zaganjori

Samir Zaganjori