# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 16-1567     **Short Title:** United States v. Alex Levin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

*/s/ J.W. Carney*                              9/13/2016
Signature                                       Date

J. W. Carney, Jr.
Name

Carney & Associates                            617-933-0350
Firm Name (if applicable)                      Telephone Number

20 Park Plaza, Suite 1405                      616-338-5587
Address                                         Fax Number

Boston, MA  02116                              jcarney@carneydefense.com
City, State, Zip Code                          Email (required)

Court of Appeals Bar Number: 40016

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No._____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).