# United States Court of Appeals
## For the First Circuit

No. 16-1567

UNITED STATES

Appellant

v.

ALEX LEVIN

Defendant - Appellee

### ORDER OF COURT

Entered: September 14, 2016
Pursuant to 1st Cir. R. 27.0(d)

Attorney Samir Zaganjori's motion to withdraw as counsel for Appellee Alex Levin is allowed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
J. W. Carney Jr.
Samir Zaganjori
Nathaniel Dolcort-Silver
Kelly Begg Lawrence
David Gerard Tobin
Dina Michael Chaitowitz
Jordi de Llano Campos