# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

### Appeal No. 16-1567

**UNITED STATES OF AMERICA,**
Appellant

v.

**ALEX LEVIN,**
Defendant-Appellee

### GOVERNMENT'S MOTION FOR ORDER EXTENDING THE TIME
### —TO OCTOBER 26, 2016—
### FOR FILING ITS OPENING BRIEF AND APPENDIX

The government respectfully moves this Court to enter an order extending the due date for its opening brief and appendix by an additional 30 days, **to October 26, 2016.** In support of this motion, the government states the following:

1.　This is the government's appeal from the district court's (Young, J.) April 20, 2016 Memorandum & Order suppressing evidence to be used in the trial against the defendant, Alex Levin (D.69, docketed on April 20, 2016); from the court's May 5, 2016 Amended Memorandum & Order (D.82, docketed on May 5, 2016); and from the court's May 17, 2016 denial of the government's motion for reconsideration (D.88, docketed on May 17, 2016).

1

2. The government's opening brief and appendix are currently due on September 26, 2016. This is the government's third request for an extension of time. The defendant is not in custody. D.74, 94.

3. On August 19, 2016, after review by numerous individuals within the United States Attorney's Office, the Department of Justice's Criminal Appellate Section, and the Solicitor General's Office, the Solicitor General of the United States approved the government's appeal in this case.

4. The undersigned has been working diligently to draft the government's opening brief in this appeal, which, upon completion, must be reviewed by many of the same individuals involved in making the decision to appeal in the first instance. The undersigned also is responsible for drafting the government's responsive briefs in *United States v. Montoya*, No. 15-2089 (filed on September 8, 2016); *United States v. Fontanez*, No. 15-1360 (due on September 26, 2016); *United States v. Troisi*, No. 16-1046 (due on October 10, 2016); and *United States v. Nguyen*, No. 15-2257 (due on October 17, 2016). In light of the foregoing, the government requests additional time to complete the government's opening brief in this case and have it reviewed.

For these reasons, the government respectfully requests that the Court allow this motion and extend the time within which the government must file its opening brief and appendix to October 26, 2016.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:  /s/ *Kelly Begg Lawrence*
     KELLY BEGG LAWRENCE
     Assistant U.S. Attorney

## Certificate of Service

I, Kelly Begg Lawrence, AUSA, hereby certify that on September 19, 2016, I electronically served a copy of the foregoing document on the following registered participant of the CM/ECF system: J. W. Carney Jr., Esq., 20 Park Plaza, Suite 1405, Boston, MA 02116.

/s/ *Kelly Begg Lawrence*
KELLY BEGG LAWRENCE
Assistant U.S. Attorney
