# United States Court of Appeals
## For the First Circuit

No. 16-1567

_____

UNITED STATES

Appellant

v.

ALEX LEVIN

Defendant - Appellee

_____

**DEFENDANT'S MOTION TO TRANSFER LIMITED JURISDICTION OF CASE TO DISTRICT COURT FOR PURPOSE OF MOTION TO REVISE RELEASE CONDITIONS**

The defendant, Alex Levin, moves to transfer limited jurisdiction of this case back to the District Court for the sole purpose of filing a motion to revise his release conditions in that Court. As grounds therefore, the defendant states the following:

1. The defendant was charged with one count of possession of child pornography under 18 U.S.C. § 2252A(a)(5)(B). The District Court (Young, D.J.) allowed the Defendant's Motion To Suppress Evidence on April 20, 2016.

2. The prosecution filed a Notice of Appeal. (Dkt. 89). Jurisdiction of the case was transferred to the First Circuit Court of Appeals.

3. Conditions of release for the defendant during the

appeal were set by Judge Young.

    4.   The defendant intends to move that Judge Young revise his conditions of release by allowing the defendant to move to a new address, which is supported by the probation officer.

    WHEREFORE, the defendant moves to transfer limited jurisdiction of this case back to the District Court for the sole purpose of filing a motion to revise his release conditions in that Court.

                                      ALEX LEVIN
                                      By His Attorneys,

                                      CARNEY & ASSOCIATES

*J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760

Nathaniel Dolcort-Silver
B.B.O. # 693968

Carney & Associates
20 Park Plaza, Suite 1405
Boston, MA 02116
617-933-0350
jcarney@CARNEYdefense.com

September 27, 2016

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

<u>*J. W. Carney, Jr.*</u>

J. W. Carney, Jr.

# United States Court of Appeals
## For the First Circuit

No. 16-1567

_____

UNITED STATES

Appellant

v.

ALEX LEVIN

Defendant - Appellee

_____

**AFFIDAVIT SUPPORTING**
**DEFENDANT'S MOTION TO TRANSFER LIMITED JURISDICTION OF CASE TO DISTRICT COURT FOR PURPOSE OF MOTION TO REVISE RELEASE CONDITIONS**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

September 27, 2016