# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## Appeal No. 16-1567

**UNITED STATES OF AMERICA,**
Appellant

v.

**ALEX LEVIN,**
Defendant-Appellee

## GOVERNMENT'S MOTION FOR LEAVE TO FILE DOUBLE-SIDED ADDENDUM IN EXCESS OF 25 PAGES

The United States of America hereby moves this Court for leave to file with its opening brief a double-sided addendum in excess of 25 pages. The government's addendum contains the order being appealed from (the district court's 39-page *Amended Memorandum & Order* suppressing evidence), as required by Loc. R. 28(a)(1); and "optional, but encouraged" materials that the government believes are necessary for understanding the specific issues on appeal, including the pertinent search warrant and affidavit (39 pages), Federal Rule of Criminal Procedure 41, and 28 U.S.C. §636. *See* Loc. R. 28(a)(2). The government has included the material in its addendum, rather than in its appendix, for the Court's convenience.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ *Kelly Begg Lawrence*
KELLY BEGG LAWRENCE
Assistant U.S. Attorney

**Certificate of Service**

I, Kelly Begg Lawrence, AUSA, hereby certify that on October 26, 2016, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

J. W. Carney, Jr., Esq.
Nathaniel Dolcort-Silver, Esq.
J. W. Carney, Jr. & Associates
20 Park Plaza, Suite 1405
Boston, MA 02116

/s/ *Kelly Begg Lawrence*
KELLY BEGG LAWRENCE
Assistant U.S. Attorney

2