# United States Court of Appeals
## For the First Circuit

No. 16-1567

_____

UNITED STATES

Appellant

v.

ALEX LEVIN

Defendant - Appellee

_____

**DEFENDANT'S MOTION TO EXTEND TIME TO FILE BRIEF**

    The defendant, Alex Levin, moves that this Court extend the date by which he must file his brief from November 28, 2016 to January 20, 2017. As grounds therefore, the defendant states the following:

    1.    The defendant was charged with one count of possession of child pornography under 18 U.S.C. § 2252A(a)(5)(B). The District Court (Young, D.J.) allowed the Defendant's Motion To Suppress Evidence on April 20, 2016.

    2.    The government filed a Notice of Appeal. (Dkt. 89). The case was docketed on May 20, 2016. The Court assigned July 26, 2016 as the deadline for the government's brief, and the defendant's brief was to be due on August 25, 2016.

    3.    On July 11, 2016, this Court allowed a motion to extend the government's deadline to August 26, 2016. This Court

subsequently allowed two additional motions to extend the government's deadline. The government filed its brief on October 26, 2016. Counsel could not begin to prepare his brief without the benefit of receiving the government's brief first.

4. Defense counsel has also had significant professional conflicts that have prevented him from otherwise preparing this appeal before November 28, 2016: *Commonwealth v. Angel Sanchez*, No. SUCR 2014-100035 (three-defendant murder trial held October 3, 2016 until verdict returned October 27, 2016). Counsel required substantial time to address client matters after the conclusion of *Sanchez*. Counsel is also preparing for two trials for clients who are incarcerated: *Commonwealth v. Morrissey*, No. ESCR 2016-391 (Assault with intent to murder and other charges, December 7, 2016); *United States v. Letellier*, No. 13-10309-GAO (Coercion and enticement of a minor and related charges, December 12, 2016). The defendant in this appeal is not incarcerated.

5. Because of counsel's schedule and professional conflicts, and so that he may devote sufficient time and attention to the preparation of the brief to provide effective assistance of counsel, the defendant respectfully requests an extension of time to file the brief from November 28, 2016 until January 20, 2017.

6. This is the defendant's first request for an extension

of time.

    7.   Counsel is not aware of any prejudice to the government if the requested extension were allowed.

    WHEREFORE, the defendant moves that this Court extend the date by which he must file his brief from November 28, 2016 to January 20, 2017.

                                 ALEX LEVIN
                                 By His Attorneys,

                               CARNEY & ASSOCIATES

                               *J. W. Carney, Jr.*
                               J. W. Carney, Jr.
                               B.B.O. # 074760

                               Nate Dolcort-Silver
                               B.B.O. # 693968

                               Carney & Associates
                               20 Park Plaza, Suite 1405
                               Boston, MA 02116
                               617-933-0350
                               jcarney@CARNEYdefense.com

November 21, 2016

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

# United States Court of Appeals
## For the First Circuit

No. 16-1567

_____

UNITED STATES

Appellant

v.

ALEX LEVIN

Defendant - Appellee

_____

**AFFIDAVIT SUPPORTING
DEFENDANT'S MOTION TO EXTEND TIME TO FILE BRIEF**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

November 21, 2016