# United States Court of Appeals
# For the First Circuit

## No. 16-1567

UNITED STATES OF AMERICA,
Appellant

v.

ALEX LEVIN,
Defendant-Appellee

**DEFENDANT'S MOTION TO EXTEND TIME TO FILE BRIEF
TO FEBRUARY 3, 2017**

The defendant, Alex Levin, moves that this Court enter an order extending the due date for his opening brief from January 20, 2017 to February 3, 2017. As grounds therefore, the defendant states the following:

1. The defendant was charged with one count of possession of child pornography under 18 U.S.C. § 2252A(a)(5)(B). The District Court (William G. Young, J.) allowed the Defendant's Motion To Suppress Evidence on April 20, 2016.

2. The government filed a Notice of Appeal. (Dkt. 89). The case was docketed in this Court on May 20, 2016. The Court assigned July 26, 2016 as the due date for the government's opening brief.

3.  The government received three extensions totaling 90 days to file its opening brief, which was filed on October 26, 2016.

4.  This is defendant's second request for an extension of the due date for his brief, which will bring the total extension to 67 days. The defendant in this appeal is not incarcerated.

5.  The defendant requests this extension of the due date to file his brief from January 20, 2017 until February 3, 2017. Counsel needs the additional time due to the number of court appearances he has made over the past three weeks. Counsel is confident that this will be the final request for an extension.

6.  Counsel is not aware of any prejudice to the government if the requested extension were allowed.

WHEREFORE, the defendant moves that this Court enter an order extending the due date for his opening brief from January 20, 2017 to February 3, 2017.

```
                                ALEX LEVIN
                                By His Attorneys,

                                CARNEY & ASSOCIATES

                                /s/ J. W. Carney, Jr.

                                J. W. Carney, Jr.
                                B.B.O. # 074760

                                Nate Dolcort-Silver
                                B.B.O. # 693968
```
2

                                      Carney & Associates
                                      20 Park Plaza, Suite 1405
                                      Boston, MA 02116
                                      617-933-0350
                                      jcarney@CARNEYdefense.com

January 19, 2017

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

# United States Court of Appeals
# For the First Circuit

## No. 16-1567

UNITED STATES OF AMERICA,
Appellant

v.

ALEX LEVIN,
Defendant-Appellee

**AFFIDAVIT SUPPORTING
DEFENDANT'S MOTION TO EXTEND TIME TO FILE BRIEF
TO FEBRUARY 3, 2017**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

January 19, 2017