# United States Court of Appeals
## For the First Circuit

No. 16-1567

UNITED STATES

Appellant

v.

ALEX LEVIN

Defendant - Appellee

**ORDER OF COURT**

Entered: January 19, 2017
Pursuant to 1st Cir. R. 27.0(d)


Upon consideration of motion, it is ordered that the time for Appellee Alex Levin to file a brief be enlarged to and including **February 3, 2017**. We are disinclined to grant a request for further enlargement of this deadline.


By the Court:

/s/ Margaret Carter, Clerk


cc:
J. W. Carney Jr.
Dina Michael Chaitowitz
Nathaniel Dolcort-Silver
Kelly Begg Lawrence
David Gerard Tobin
Jordi de Llano Campos