# United States Court of Appeals
# For the First Circuit

## No. 16-1567

UNITED STATES OF AMERICA,
Appellant

v.

ALEX LEVIN,
Defendant-Appellee

**DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX**

The defendant, Alex Levin, requests leave to file a Supplemental Appendix containing material cited in his opening brief. The materials contained in the Supplemental Appendix include documents from the Department of Justice and from related cases stemming from the investigation that gave rise to this appeal. As grounds for this motion, the defendant states as follows:

A critical issue in this appeal is whether the prosecution has met its burden of showing that its officers acted in good-faith. This issue was raised by the parties below. The district court also inquired about the past use by federal law enforcement of the investigative technique that is the subject of this appeal. The Supplemental Appendix has been compiled for

the Court's ease in accessing the materials cited in the Appellee's brief.

WHEREFORE, the defendant requests leave to file a Supplemental Appendix.

                                                  ALEX LEVIN
                                                  By His Attorneys,

                                                  CARNEY & ASSOCIATES

*J. W. Carney, Jr.*

J. W. Carney, Jr.
B.B.O. # 074760

Nate Dolcort-Silver
B.B.O. # 693968

Carney & Associates
20 Park Plaza, Suite 1405
Boston, MA 02116
617-933-0350
jcarney@CARNEYdefense.com

February 7, 2017

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

# United States Court of Appeals
# For the First Circuit

## No. 16-1567

UNITED STATES OF AMERICA,
Appellant

v.

ALEX LEVIN,
Defendant-Appellee

**AFFIDAVIT SUPPORTING
DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*/s/ J. W. Carney, Jr.*

J. W. Carney, Jr.

February 7, 2017