# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Appellant ) | |
| v. ) | No. 16-1567 |
| ALEX LEVIN ) | |
| Defendant-Appellee ) | |

## MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF
## IN SUPPORT OF DEFENDANT-APPELLEE

Pursuant to Federal Rule of Appellate Procedure 29, Privacy International respectfully seeks leave of the Court to file the *amicus curiae* brief submitted herewith in support of the defendant-appellee in this matter. As grounds for its motion, Privacy International states as follows:

Privacy International is a nonprofit, non-governmental organization based in London, the United Kingdom ("UK"), which defends the right to privacy around the world. Established in 1990, Privacy International undertakes research and investigations into government and corporate surveillance with a focus on the technologies that enable these practices. It has litigated or intervened in cases implicating the right to privacy in the courts of the United States, the UK, and

Europe, including the European Court of Human Rights. To ensure universal respect for the right to privacy, Privacy International advocates for strong national, regional and international laws that protect this right. It also strengthens the capacity of partner organizations in developing countries to identify and defend against threats to privacy.

Privacy International's brief brings a unique international perspective to this case by discussing the extraterritorial implications of the government's deployment of a "network investigative technique" ("NIT"). In particular, the brief describes the international and domestic legal bases for constraining extraterritorial law enforcement action and the foreign relations risks that can result when the government violates them, as it did here. Privacy International's global perspective is informed by its research and advocacy in many countries around the world, as well as at the regional and international level.

In the brief, Privacy International also applies its legal and technical expertise to describe how the realities of the NIT interact with the requirements of Federal Rule of Criminal Procedure 41. The NIT is novel and sophisticated surveillance technology. Privacy International's lawyers and technologists work together to understand the technical underpinnings of such technology and to consider how existing legal definitions and frameworks map onto these tools.

2

Privacy International hopes its brief may therefore enhance the Court's understanding of facts relevant to its determination.

Privacy International has received the consent of all parties to file an *amicus curiae* brief.

WHEREFORE, Privacy International respectfully requests that this Court grant its motion for leave to file the brief submitted herewith.

Dated February 10, 2017         Respectfully submitted,

/s/ Caroline Wilson Palow
Caroline Wilson Palow
1st Cir. No. 1178172
Scarlet Kim
1st Cir. No. 1177295

Privacy International
62 Britton Street
London  EC1M 5UY
United Kingdom
+44 (0) 20 3422 4321
caroline@privacyinternational.org

## CERTIFICATE OF SERVICE

I certify that on February 10, 2017, I electronically filed the foregoing Motion for Leave to File *Amicus Curiae* Brief in Support of Defendant-Appellee with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by operation of the appellate CM/ECF system.

Dated February 10, 2017   /s/ Caroline Wilson Palow
Caroline Wilson Palow

Privacy International
62 Britton Street
London  EC1M 5UY
United Kingdom
+44 (0) 20 3422 4321
caroline@privacyinternational.org