# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 16-1567          **Short Title:** United States v. Levin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: Privacy International _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

_/s/ Scarlet Kim_                                    February 9, 2017
Signature                                            Date

Scarlet Kim
Name

Privacy International                                +44 (0) 20 3422 4321
Firm Name (if applicable)                            Telephone Number

62 Britton Street                                    N/A
Address                                              Fax Number

London, EC1M 5UY United Kingdom                      scarlet@privacyinternational.org
City, State, Zip Code                                Email (required)

Court of Appeals Bar Number: 1177295

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).