# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 16-1567        **Short Title:** United States v. Levin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Electronic Frontier Foundation                                                                         as the

[ ] appellant(s)         [ ] appellee(s)         [✓] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Andrew Crocker                              2/10/2017
Signature                                       Date

Andrew Crocker
Name

Electronic Frontier Foundation                  415-436-9333
Firm Name (if applicable)                       Telephone Number

815 Eddy Street                                 415-436-9993
Address                                         Fax Number

San Francisco, CA 94109                         andrew@eff.org
City, State, Zip Code                           Email (required)

Court of Appeals Bar Number: 1177302

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No._____

==============================================================================

   **Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

   **Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).