# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

**Appeal No. 16-1567**

**UNITED STATES OF AMERICA,**
Appellant

v.

**ALEX LEVIN,**
Defendant-Appellee

**GOVERNMENT'S MOTION FOR ORDER EXTENDING THE TIME
—TO MARCH 3, 2017—
FOR FILING ITS REPLY BRIEF**

The government respectfully moves this Court to enter an order extending the due date for its reply brief by an additional 14 days, **to March 3, 2017.** In support of this motion, the government states the following:

1. This is the government's appeal from the district court's (Young, J.) April 20, 2016 Memorandum & Order suppressing evidence to be used in the trial against the defendant, Alex Levin (D.69, docketed on April 20, 2016); from the court's May 5, 2016 Amended Memorandum & Order (D.82, docketed on May 5, 2016); and from the court's May 17, 2016 denial of the government's motion for reconsideration (D.88, docketed on May 17, 2016).

2. The government filed its opening brief and appendix on October 26, 2016. The defendant, who is not in custody, filed his responsive brief on February 3, 2017. The government's reply brief is currently due on February 17, 2017. This case has not been scheduled for oral argument.

3. On February 10, 2017, two amicus curiae briefs in support of the defendant were submitted to the Court: one by Privacy International, and one by the Electronic Frontier Foundation and the American Civil Liberties Union of Massachusetts. These briefs raise issues that the government may wish to address in its reply brief.

4. In addition to this appeal, the undersigned was responsible for representing the government at oral argument in *United States v. Galatis*, No. 15-1322, and *United States v. Troisi*, No. 16-1046 (argued on February 9, 2017). The undersigned also is responsible for a number of matters currently pending in the district court, including preparing for trial in *United States v. Davis*, No. 16-CR-10133-PBS (scheduled to begin on March 27, 2017); negotiating plea agreements in *United States v. Perez-Matos*, No. 17-CR-10011-WGY, and *United States v. Seward*, No. MJ-17-5027-JGD; and managing several active investigations involving passport fraud, bank robbery, and identity theft.

5. In light of the foregoing, the government requests additional time to review the recently submitted amicus curiae briefs, draft the government's reply brief, and have it reviewed.

For these reasons, the government respectfully requests that the Court allow this motion and extend the time within which the government must file its reply brief to March 3, 2017.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By: /s/ *Kelly Begg Lawrence*
KELLY BEGG LAWRENCE
Assistant U.S. Attorney

## Certificate of Service

I, Kelly Begg Lawrence, AUSA, hereby certify that on February 13, 2017, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system: J. W. Carney, Jr., Esq., and Nathaniel Dolcort-Silver, Esq., J. W. Carney, Jr. & Associates, 20 Park Plaza, Suite 1405, Boston, MA 02116.

/s/ *Kelly Begg Lawrence*
KELLY BEGG LAWRENCE
Assistant U.S. Attorney