# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 16-1567    **Short Title:** United States v. Levin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Privacy International _____ as the

[ ] appellant(s)　　　　[ ] appellee(s)　　　　[✔] amicus curiae

[ ] petitioner(s)　　　　[ ] respondent(s)　　　[ ] intervenor(s)

_[signature]_____　　　　February 9, 2017
Signature　　　　　　　　　　　　　　　Date

Scarlet Kim
Name

Privacy International　　　　　　　　　+44 (0) 20 3422 4321
Firm Name (if applicable)　　　　　　　Telephone Number

62 Britton Street　　　　　　　　　　　N/A
Address　　　　　　　　　　　　　　　Fax Number

London, EC1M 5UY United Kingdom　　　scarlet@privacyinternational.org
City, State, Zip Code　　　　　　　　　Email (required)

Court of Appeals Bar Number: 1177295

Has this case or any related case previously been on appeal?

[✔] No　　　　[ ] Yes　Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).