## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, *amicus curiae* Privacy International certifies that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.