# United States Court of Appeals
## For the First Circuit

No. 16-1567

UNITED STATES

Appellant

v.

ALEX LEVIN

Defendant - Appellee

**ORDER OF COURT**

Entered: February 14, 2017
Pursuant to 1st Cir. R. 27.0(d)

    On February 10, 2017, Amicus Curiae Privacy International filed a motion for leave to file an amicus curiae brief along with its brief. As the parties have consented to the filing, the motion to file the amicus brief is unnecessary. <u>See</u> Fed. R. App. P. 29(a).

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
J. W. Carney Jr.
Nathaniel Dolcort-Silver
Kelly Begg Lawrence
David Gerard Tobin
Dina Michael Chaitowitz
Jordi de Llano Campos
Scarlet Kim
Caroline Elizabeth Wilson Palow