# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

**Appeal No. 16-1567**

**UNITED STATES OF AMERICA,**
Appellant

v.

**ALEX LEVIN,**
Defendant-Appellee

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX

On February 7, 2017, the defendant moved for leave to file a supplemental appendix, a copy of which was tendered to the Court and provided to the government, containing material cited in his responsive brief. The government plans to address these supplemental materials, which were not presented to the district court, in its reply brief, due on March 3, 2017. The government therefore respectfully requests that the Court provisionally accept the supplemental appendix, subject to consideration by the merits panel after briefing is complete.

                                        Respectfully submitted,

                                        WILLIAM D. WEINREB
                                        Acting United States Attorney

By:   /s/ *Kelly Begg Lawrence*
        KELLY BEGG LAWRENCE
        Assistant U.S. Attorney

## Certificate of Service

I, Kelly Begg Lawrence, AUSA, hereby certify that on February 15, 2017, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system: J. W. Carney, Jr., Esq., and Nathaniel Dolcort-Silver, Esq., J. W. Carney, Jr. & Associates, 20 Park Plaza, Suite 1405, Boston, MA 02116.

/s/ *Kelly Begg Lawrence*
KELLY BEGG LAWRENCE
Assistant U.S. Attorney