# United States Court of Appeals
## For the First Circuit

No. 16-1567

UNITED STATES,

Appellant,

v.

ALEX LEVIN,

Defendant, Appellee.

---

**ORDER OF COURT**

Entered: February 16, 2017

The defendant's September 27, 2016 motion to transfer limited jurisdiction to the district court for purposes of his already-allowed second motion for amendment of conditions of release is <u>denied</u> as moot.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
J. W. Carney Jr.
Nathaniel Dolcort-Silver
Kelly Begg Lawrence
David Gerard Tobin
Dina Michael Chaitowitz
Jordi de Llano Campos
Scarlet Kim
Caroline Elizabeth Wilson Palow