# United States Court of Appeals
## For the First Circuit

No. 16-1567

UNITED STATES,

Appellant,

v.

ALEX LEVIN,

Defendant, Appellee.

**ORDER OF COURT**

Entered: February 22, 2017

The defendant's motion for leave to file a supplemental appendix is provisionally <u>allowed</u>. The supplemental appendix is accepted for filing subject to reconsideration by the panel that decides the appeal.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:

J. W. Carney Jr.
Nathaniel Dolcort-Silver
Kelly Begg Lawrence
David Gerard Tobin
Dina Michael Chaitowitz
Jordi de Llano Campos
Scarlet Kim
Caroline Elizabeth Wilson Palow
Jessie J. Rossman
Mark Thomas Rumold
Andrew Gellis Crocker