

U.S. Department of Justice

*William D. Weinreb*
*Acting United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*
*Courthouse*

*John Joseph Moakley United States*

*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

February 27, 2017

<u>Filed Electronically</u>

Margaret Carter, Esq.
Clerk of Court
Court of Appeals for the First Circuit
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 2500
Boston, Massachusetts 02210

  Re: United States v. Alex Levin
     Appeal No. 16-1567

Dear Ms. Carter:

  The government's reply brief in this appeal is currently due on March 3, 2017. I write to advise the Court that I will be on trial in the case of *United States v. Barry Davis*, No. 16-CR-10133-PBS, beginning on March 27, 2017 and continuing through April 7, 2017. I thus respectfully request that the Court not schedule oral argument for this appeal during its April 2017 sitting.

           Respectfully submitted,

           WILLIAM D. WEINREB
           Acting United States Attorney

        By: */s/ Kelly Begg Lawrence*
          KELLY BEGG LAWRENCE
          Assistant U.S. Attorney

cc:   Daniel Toomey, Calendar Clerk

      J. W. Carney, Jr., Esq., and Nathaniel Dolcort-Silver, Esq.
      J. W. Carney, Jr. & Associates, 20 Park Plaza, Suite 1405
      Boston, MA 02116