# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

**Appeal No. 16-1567**

**UNITED STATES OF AMERICA,**
Appellant

v.

**ALEX LEVIN,**
Defendant-Appellee

**GOVERNMENT'S MOTION FOR ORDER EXTENDING THE TIME
—TO MARCH 17, 2017—
FOR FILING ITS REPLY BRIEF**

The government respectfully moves this Court to enter an order extending the due date for its reply brief by an additional 14 days, **to March 17, 2017.** In support of this motion, the government states the following:

1. This is the government's appeal from the district court's (Young, J.) April 20, 2016 Memorandum & Order suppressing evidence to be used in the trial against the defendant, Alex Levin (D.69, docketed on April 20, 2016); from the court's May 5, 2016 Amended Memorandum & Order (D.82, docketed on May 5, 2016); and from the court's May 17, 2016 denial of the government's motion for reconsideration (D.88, docketed on May 17, 2016).

2. The government filed its opening brief and appendix on October 26, 2016. The defendant, who is not in custody, filed his responsive brief on

February 3, 2017. The government's reply brief is currently due, after one extension, on March 3, 2017. This case has not been scheduled for oral argument.

3.   On February 10, 2017, two amicus curiae briefs in support of the defendant were submitted to the Court: one by Privacy International, and one by the Electronic Frontier Foundation and the American Civil Liberties Union of Massachusetts. These briefs raise issues that the government may wish to address in its reply brief.

4.   This appeal challenges the suppression of evidence obtained pursuant to a search warrant issued by a federal magistrate judge. The warrant authorized the FBI's use of a network investigative technique to identify individuals suspected of possessing, distributing, and producing child pornography featured on a child pornography website operating as a "hidden service" on the Tor network (also known as the "dark web"). As of this date, over 40 federal district courts across the country have denied motions to suppress evidence obtained from this same search warrant, and only four courts (including the district court in this case) have granted suppression; government appeals of those adverse decisions are currently pending in the Eighth (*United States v. Workman*, Appeal No. 16-1401) and Tenth (*United States v. Horton &*

*Croghan*, Appeal Nos. 16-3976 and 16-3982) Circuits. Because the instant appeal presents legal issues affecting potentially hundreds of defendants nationwide, the government's reply brief must be reviewed by numerous individuals, including those from the Department of Justice's Computer Crimes and Intellectual Property Section, the Child Exploitation and Obscenity Section, as well as the Solicitor General's Office.

    5.    In addition to this appeal, the undersigned is responsible for drafting and filing numerous pretrial motions (due on February 27, March 1, and March 8), and preparing for trial in *United States v. Davis*, No. 16-CR-10133-PBS (scheduled to begin on March 27, 2017). The undersigned also is responsible for a number of matters currently pending in the district court, including a Rule 11 hearing in *United States v. Perez-Matos*, No. 17-CR-10011-WGY (scheduled for March 6, 2017); a pretrial hearing in *United States v. Seward*, No. MJ-17-5027-JGD (anticipated this week); and the charging and arrest of a serial bank robbery suspect (anticipated this week).

    6.    In light of the foregoing, the government requests additional time to draft the government's reply brief and have it reviewed.

For these reasons, the government respectfully requests that the Court allow this motion and extend the time within which the government must file its reply brief to March 17, 2017.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By:  /s/ *Kelly Begg Lawrence*
KELLY BEGG LAWRENCE
Assistant U.S. Attorney

## Certificate of Service

I, Kelly Begg Lawrence, AUSA, hereby certify that on February 27, 2017, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system: J. W. Carney, Jr., Esq., and Nathaniel Dolcort-Silver, Esq., J. W. Carney, Jr. & Associates, 20 Park Plaza, Suite 1405, Boston, MA 02116.

/s/ *Kelly Begg Lawrence*
KELLY BEGG LAWRENCE
Assistant U.S. Attorney