# United States Court of Appeals
## For the First Circuit

**Designation of Attorney Presenting Oral Argument**

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 16-1567

Case Name: United States v. Alex Levin

Date of Argument: April 3, 2017

Location of Argument: ✓ Boston    ☐ Puerto Rico    ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Alex Levin

Attorney Name: J. W. Carney, Jr.          First Circuit Bar No.: 074760

Phone Number: (617) 933-0350              Fax Number: (617) 338-5587

Email: jcarney@carneydefense.com

Check the box that applies:

✓ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_JW Carney Jr_ (Signature)    _March 3, 2017_ (Date)

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.