# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

**Appeal No. 16-1567**

**UNITED STATES OF AMERICA,**
Appellant

v.

**ALEX LEVIN,**
Defendant-Appellee

## GOVERNMENT'S MOTION FOR
## A CHANGE OF ORAL ARGUMENT DATE

The government respectfully moves this Court to reschedule the oral argument in this case, which is currently calendared for Monday, April 3, 2017, to the May calendar. In support of this motion, the government states the following:

1. This appeal involves issues of substantial importance both within this Circuit and nationwide. The government's appeal challenges the suppression of evidence obtained pursuant to a search warrant issued by a federal magistrate judge. The warrant authorized the FBI's use of a network investigative technique to identify individuals suspected of possessing, distributing, and producing child pornography featured on a child pornography website operating as a "hidden service" on the Tor network (also known as the "dark web"). The FBI's execution of the challenged warrant resulted in the arrest

and/or prosecution of nearly 200 individuals across the country, including over a dozen in the District of Massachusetts.

2. As of this date, approximately 40 federal district court judges across the country (including three judges in the District of Massachusetts) have denied motions to suppress evidence obtained from this same search warrant, and only four judges (including the judge in this case) have granted suppression; government appeals of those adverse decisions are currently pending in the Eighth (*United States v. Workman*, Appeal No. 16-1401) and Tenth (*United States v. Horton & Croghan*, Appeal Nos. 16-3976 and 16-3982) Circuits. The Court's resolution of the instant appeal thus will resolve a split of authority within this Circuit and has the potential to affect hundreds of defendants nationwide.

3. Moreover, this appeal has garnered attention by national and international advocacy groups, including Privacy International, the Electronic Frontier Foundation, and the American Civil Liberties Union of Massachusetts, who have filed amicus curiae briefs in support of the defendant in this case.

4. In addition to briefing and arguing this appeal, the undersigned is responsible for representing the government at trial in the case of *United States v. Davis*, No. 16-CR-10133-PBS, which is scheduled to begin on March 27, 2016. *See* D.48 (December 13, 2016 Pretrial Order of Chief Judge Saris). The

defendant in *Davis* has been charged with sex trafficking five victims, including one minor, by force, fraud, or coercion, and interstate transportation of the four adult victims for purposes of prostitution. Due to the seriousness of the charges and number of victims and witnesses expected to testify, the *Davis* trial is expected to last for approximately two weeks, or through April 7, 2017.

5. On Monday morning, February 27, 2017, the undersigned asked the Court's Calendar Clerk whether this appeal was likely to be calendared for the Court's April sitting, even though the government had not yet filed its reply brief. After being advised that oral argument had not yet been, but may yet be, scheduled for April, the undersigned immediately filed a letter requesting that the Court not schedule oral argument in April because the undersigned will be on trial in the case of *United States v. Barry Davis*, No. 16-CR-10133-PBS, from March 27 through April 7. On the afternoon of March 2, 2017, the undersigned received notice that this case had been calendared for Monday, April 3, 2017.

6. Given the significance of the issues presented in this appeal and the seriousness of the criminal conduct and rights of the victims at stake in the *Davis* trial, the undersigned respectfully requests that the Court reschedule the oral argument in this appeal for a later date to allow the undersigned sufficient time and attention to prepare for oral argument.

7. The government understands that this case has been assigned to a panel and that, normally, changes in the oral argument schedule are disfavored. This request is being made after careful thought, with appreciation of the difficulties inherent in rescheduling oral argument, and in light of the particular circumstances.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By:  /s/ *Kelly Begg Lawrence*
KELLY BEGG LAWRENCE
Assistant U.S. Attorney

### Certificate of Service

I, Kelly Begg Lawrence, AUSA, hereby certify that on March 3, 2017, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system: J. W. Carney, Jr., Esq., and Nathaniel Dolcort-Silver, Esq., J. W. Carney, Jr. & Associates, 20 Park Plaza, Suite 1405, Boston, MA 02116.

/s/ *Kelly Begg Lawrence*
KELLY BEGG LAWRENCE
Assistant U.S. Attorney