# United States Court of Appeals
## For the First Circuit

**Designation of Attorney Presenting Oral Argument**

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 16-1567

Case Name: United States v. Levin

Date of Argument: May 3, 2017

Location of Argument: ☑ Boston　　☐ Puerto Rico　　☐ Other: ____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
United States of America, Appellant

Attorney Name: Kelly Begg Lawrence　　First Circuit Bar No.: 121634

Phone Number: (617) 748-3162　　Fax Number: (617) 748-3951

Email: kelly.lawrence@usdoj.gov

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

　　　　/s/ Kelly Begg Lawrence　　　　　　　　March 28, 2017
　　　　　　(Signature)　　　　　　　　　　　　　　(Date)

PLEASE NOTE:  Only arguing counsel will be notified by phone when the opinion is released.