NO. 16-1567

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

UNITED STATES OF AMERICA,

APPELLANT,

V.

ALEX LEVIN

DEFENDANT-APPELLEE,

On Appeal from the United States District Court
for the District of Massachusetts, Boston
No. 15-cr-10271-WGY-1

The Honorable William G. Young, United States District Court Judge

**MOTION OF AMICI CURIAE ELECTRONIC FRONTIER FOUNDATION
AND AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS
FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**

Mark Rumold
First Circuit No. 1177301
Andrew Crocker
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Email:  mark@eff.org
Telephone:  (415) 436-9333

*Counsel for Amici Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(g), amici curiae Electronic Frontier Foundation (EFF) and the American Civil Liberties Union of Massachusetts (ACLUM) respectfully move the Court for leave to participate in oral argument in this case. Amici request that they be allotted seven minutes of argument time, taken from neither party.

Counsel for amici consulted with counsel for the parties concerning this motion. Appellee Alex Levin consents to the motion, on the condition that the time allotted to amici is not taken from appellee's time. Appellant United States takes no position on the motion.

In support of this motion, amici state as follows:

1.      Federal Rule of Appellate Procedure 29(g) provides that amici curiae may participate in oral argument with the Court's permission.

2.      On February 28, 2017, and with the consent of all parties, amici filed a brief in support of Mr. Levin. The brief addressed the Fourth Amendment implications of the surveillance technique at issue here — "hacking" citizens' personal electronic devices. In particular, the brief addressed technical aspects of the government's surveillance technique, its Fourth Amendment consequences, and the unconstitutionality of the warrant used by the government in this investigation.

3.      "[A] court is usually delighted to hear additional arguments from able

amici that will help the court toward right answers." *Mass. Food Ass'n v. Mass. Alcoholic Beverages Control Comm'n*, 197 F.3d 560, 567 (1st Cir. 1999). Courts have found the participation of amici particularly useful when they have "a unique perspective, or information, that can assist the court . . . beyond what the parties are able to do." *Nat'l Org. for Women, Inc. v. Scheidler*, 223 F.3d 615, 617 (7th Cir. 2000). Amici respectfully submit that this is precisely the type of case where their unique perspective could assist the Court.

4.    First, both amici are non-profit, civil liberties organizations and, as such, have a different perspective and interest in the case than both the government and any particular defendant.

5.    Second, amici's brief addressed in depth the Fourth Amendment implications of the surveillance technique used in this case, as well as the warrant upon which it was based. The brief approached these issues in ways that differed from both the government and the defense.

4.    Finally, amici have broad experience litigating issues related to the application of constitutional protections in the digital age. Amici regularly participate in cases raising new or significant questions concerning civil liberties and technology, including *United States v. Apple Mac Pro Computer, et al.*, No. 15-3537 (3rd Cir. 2016) (argued as amicus in case concerning Fifth Amendment protections for compelled decryption) *Commonwealth v. White*, 475 Mass. 583

(2016) (amicus in case concerning lawfulness of cell phone seizure);

*Commonwealth v. Dorelas*, 473 Mass. 496 (2016) (amicus in case concerning

reasonableness of cell phone search); *Commonwealth v. Gelfgatt*, 468 Mass. 512

(2014) (amici in case involving compelled decryption).

5.     Of particular relevance here, amicus EFF has participated in a number

of cases arising from the investigation at issue in this case. EFF has filed briefs in

cases before the Eighth and Tenth Circuits and in two cases at the district court

level. *See United States v. Croghan*, Nos. 16-3976, 16-3982 (8th Cir.); *United

States v. Workman*, 16-1401 (10th Cir.); *United States v. Matish*, No. 16-cr-0016

(E.D. Va.) (ECF No. 42- 2); *United States v. Owens*, 16-cr-0038 (E.D. Wisc.)

(ECF No. 42-1). EFF intends to participate as amicus in an additional case,

currently before the Third Circuit, *United States v. Werdene*, No. 16-03588 (3rd

Cir.).

6.     Amici believe their broad experience—both in cases concerning new

surveillance techniques and civil liberties, generally, and their familiarity with the

particular investigation and the technique at issue here—will aid the Court in

reaching a decision.

7.     Given novelty of the questions raised by this case, the technical and

legal complexity of the issues before the Court, and the familiarity of amici with

the issues presented, amici respectfully submit that their unique perspective will

assist the Court in deciding this important case.

For the foregoing reasons, amici respectfully request that this Court grant the

motion for leave to participate in oral argument.

Dated: March 28, 2017                         Respectfully submitted,

                                              By:  /s/ Mark Rumold
                                              Mark Rumold
                                              First Circuit No. 1177301
                                              Andrew Crocker
                                              ELECTRONIC FRONTIER
                                              FOUNDATION
                                              815 Eddy Street
                                              San Francisco, CA 94109
                                              Telephone:  (415) 436-9333
                                              mark@eff.org

                                              Jessie J. Rossman
                                              AMERICAN CIVIL LIBERTIES
                                              UNION OF MASSACHUSETTS
                                              211 Congress Street
                                              Boston, MA 02100
                                              Telephone: (617) 482-3170
                                              jrossman@aclum.org

                                              *Counsel for Amici Curie*

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing document, on counsel for all

parties, electronically through the ECF System, on this 28th day of March, 2017.

| | |
|---|---|
| Dina Michael Chaitowitz | J.W. Carney, Jr. |
| Kelly Begg Lawrence | Nathaniel Dolcort-Silver |
| David Gerard Tobin | Carney & Associates |
| Jordi de Llano Campos | 20 Park Plaza, Ste. 1405 |
| U.S. Attorney's Office | Boston, MA  02116 |
| 1 Courthouse Way, Ste. 9200 | |
| Boston, MA  02110 | *Counsel for Defendant-Appellee* |
| | |
| *Counsel for Appellant* | |

Dated: March 28, 2017                    By:   /s/ *Mark Rumold*
                                        Mark Rumold
                                        ELECTRONIC FRONTIER
                                        FOUNDATION
                                        815 Eddy Street
                                        San Francisco, CA 94109
                                        Telephone:  (415) 436-9333
                                        mark@eff.org

                                        *Counsel for Amici Curiae*