# United States Court of Appeals
## For the First Circuit

No. 16-1567

UNITED STATES

Appellant

v.

ALEX LEVIN

Defendant - Appellee

**ORDER OF COURT**

Entered: March 29, 2017

    Amici Curiae American Civil Liberties Union of Massachusetts' and Electronic Frontier Foundation's motion for leave to participate at oral argument is granted.


By the Court:

/s/ Margaret Carter, Clerk


cc:

J. W. Carney Jr.
Dina Michael Chaitowitz
Andrew Gellis Crocker
Nathaniel Dolcort-Silver
Scarlet Kim
Kelly Begg Lawrence
Jessie J. Rossman
Mark Thomas Rumold
David Gerard Tobin
Caroline Elizabeth Wilson Palow
Jordi de Llano Campos