# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 16-1567

Case Name: United States v. Levin

Date of Argument: May 3, 2017

Location of Argument:  [✓] Boston    [ ] Puerto Rico    [ ] Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Electronic Frontier Foundation and American Civil Liberties Union of Massachusetts, Amici Curiae

Attorney Name: Mark Rumold            First Circuit Bar No.: 1177301

Phone Number: (415) 436-9333          Fax Number: (415) 436-9993

Email: mark@eff.org

Check the box that applies:

[✓] I have already filed an appearance in this matter.

[ ] I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_____/s/ Mark Rumold_____        _____April 4, 2017_____
(Signature)                           (Date)

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.